IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY | * | |
| P.O. Box A-H | * | |
| 16 S. River Street | * | |
| Wilkes-Barre, PA 18703 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. _____ |
| CARLA A. ORTIZ, Individually, and as | * | |
| Parent and Natural Guardian of J.L., a minor | * | |
| 128 Elm Avenue | * | |
| Chesilhurst, NJ 08089 | * | |
| | * | |
| and | * | |
| | * | |
| PAUL MICHAEL MANION, Individually, | * | |
| and as Personal Representative of the | * | |
| ESTATE OF M.M., a minor | * | |
| 4308 Perkins Place | * | |
| Belcamp, MD 21017 | * | |
| | * | |
| and | * | |
| | * | |
| ANGELA CHERYL MANION, Individually, | * | |
| and as Personal Representative of the | * | |
| ESTATE OF M.M., a minor | * | |
| 4308 Perkins Place | * | |
| Belcamp, MD 21017 | * | |
| | * | |
| and | * | |
| | * | |
| CIERRA LASHAE RICE-WILDER | * | |
| 4134 Quail Way | * | |
| Havre de Grace, MD 21078 | * | |
| | * | |
| and | * | |
| | * | |
| BRUCE J. HURST | * | |
| 100 Paine Avenue | * | |
| Irvington, NJ 07111 | * | |
| | * | |

and                                      *
                                         *
LATEESAH RENEE WHITLEY                    *
2406 Brickwood Drive                     *
Richmond, VA 23224                       *
                                         *
        and                              *
                                         *
BOWMAN SALES AND EQUIPMENT INC.          *
P.O. Box 433                             *
Williamsport, MD 21795                   *
                                         *
        Serve on:                        *
        Resident Agent:                  *
        Todd A. Bowman                    *
        10233 Governor Lane Blvd.        *
        Williamsport, MD 21795           *
                                         *
        and                              *
                                         *
ALLIANCE TRUCKING AND LOGISTICS LLC      *
385 Sawgrass View                        *
Fairburn, GA 30213                       *
                                         *
        Serve on:                        *
        Resident Agent:                  *
        Winston Cook                      *
        10175 Hemlock Way                *
        Jonesboro, GA, 30238             *
                                         *
        and                              *
                                         *
WESTERN EXPRESS, INC.                    *
7135 Centennial Place                    *
Nashville, TN 37209                      *
                                         *
        Serve on:                        *
        Resident Agent:                  *
        Roland M. Lowell                 *
        7135 Centennial Place            *
        Nashville, TN 37209              *
                                         *
        and                              *

NEW HORIZONS LEASING INC.                    *
7135 Centennial Place                         *
Nashville, TN 37209                           *
                                              *
         Serve on:                            *
         Resident Agent:                      *
         Roland Lowell                        *
         Legal Dept.                          *
         7135 Centennial Place                *
         Nashville, TN 37209                   *
                                              *
         and                                  *
                                              *
COWAN SYSTEMS, LLC                            *
4555 Hollins Ferry Road                       *
Baltimore, MD 21227                           *
                                              *
         Serve on:                            *
         Resident Agent:                      *
         Herman E. Funk, Jr.                   *
         4555 Hollins Ferry Road              *
         Baltimore, MD 21227                   *
                                              *
         and                                  *
                                              *
COWAN SYSTEMS, INC.                           *
4555 Hollins Ferry Road                       *
Baltimore, MD 21227                           *
                                              *
         Serve on:                            *
         Resident Agent:                      *
         Herman E. Funk, Jr.                   *
         4555 Hollins Ferry Road              *
         Baltimore, MD 21227                   *
                                              *
         and                                  *
                                              *
AETNA LIFE INSURANCE COMPANY                  *
151 Farmington Avenue                         *
Hartford, CT 06156                            *

Serve on:                                             *
Resident Agent:                                       *
The Corporation Trust, Incorporated                   *
2405 York Road                                        *
Suite 201                                             *
Lutherville-Timonium, MD 21093                        *
                                                      *
and                                                   *
                                                      *
MARYLAND TRANSPORTATION                               *
AUTHORITY                                             *
2310 Broening Highway                                 *
Baltimore, MD 21224                                   *
                                                      *
Serve on:                                             *
Brian E. Frosh, Esq.                                  *
Attorney General of Maryland                          *
200 St. Paul Place                                    *
Baltimore, MD 21202                                   *
                                                      *
      Defendants                                      *
                                                      *
*      *      *      *      *      *      *      *      *      *      *      *

## COMPLAINT OF INTERPLEADER

AmGUARD Insurance Company ("AmGUARD Insurance"), Plaintiff, by and through undersigned counsel, hereby files this Complaint of Interpleader, and states as follows:

### Introduction

1.      This is an interpleader action brought against adverse claimants who claim to be entitled to all or a portion of an automobile liability insurance policy.

### Parties

2.      AmGUARD Insurance is an insurance company incorporated under the laws of the Commonwealth of Pennsylvania with its principal place of business in Wilkes-Barre, Pennsylvania and is licensed to do business in the State of Maryland.

-4-

3.      Upon information and belief, Carla A. Ortiz is an adult citizen and resident of the State of New Jersey and is the mother and natural guardian of minor J.L., who is also a citizen and resident of the State of New Jersey. Upon information and belief, Carla A. Ortiz and J.L. currently reside in Chesilhurst, New Jersey.

4.      Upon information and belief, Paul Michael Manion is an adult citizen and resident of the State of Maryland who currently resides in Belcamp, Harford County, Maryland.

5.      Upon information and belief, Angela Cheryl Manion is an adult citizen and resident of the State of Maryland who currently resides in Belcamp, Harford County, Maryland.

6.      Upon information and belief, Defendants Paul Michael Manion and Angela Cheryl Manion were the parents and natural guardians of the minor decedent, M.M., and are the Personal Representatives of the Estate of M.M. which was filed in Maryland.

7.      Upon information and belief, Cierra LaShae Rice-Wilder is an adult citizen and resident of the State of Maryland who currently resides in Havre de Grace, Harford County, Maryland.

8.      Upon information and belief, Bruce J. Hurst is an adult citizen and resident of the State of New Jersey who currently resides in Irvington, New Jersey.

9.      Upon information and belief, Lateesah Renee Whitley is an adult citizen and resident of the Commonwealth of Virginia who currently resides in Richmond, Virginia.

10.      Upon information and belief, New Horizons Leasing, Inc. is a corporation incorporated under the laws of the State of Iowa with its principal place of business in Fort Dodge, Iowa.

11. Upon information and belief, Cowan Systems, LLC is a limited liability company organized under the laws of the State of Maryland with its principal place of business in Baltimore, Maryland.

12. Upon information and belief, Cowan Systems, Inc. is a corporation incorporated under the laws of the State of Maryland with its principal place of business in Baltimore, Maryland.

13. Upon information and belief, Western Express, Inc. is a corporation incorporated under the laws of the State of Tennessee with its principal place of business in Nashville, Tennessee.

14. Upon information and belief, Bowman Sales and Equipment, Inc. is a corporation incorporated under the laws of the State of Maryland with its principal place of business in Williamsport, Maryland.

15. Upon information and belief, Alliance Trucking and Logistics LLC is a limited liability company organized under the laws of the State of Georgia with its principal place of business in Fairburn, Georgia.

16. Upon information and belief, Aetna Life Insurance Company ("Aetna") is an insurance company incorporated under the laws of the State of Connecticut with its principal place of business in Hartford, Connecticut.

17. Maryland Transportation Authority is an independent agency of the State of Maryland responsible for transportation facilities throughout the State.

### Jurisdictional Statement

18.     This Court has subject matter jurisdiction over this interpleader action pursuant to Federal Rule of Civil Procedure 22 and 28 U.S.C. § 1335 (statutory interpleader).  The amount in controversy exceeds $500.00 and two or more of the Defendants that are claiming or may claim to be entitled to the insurance proceeds at issue are citizens of different states.

19.     Venue is proper in the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1397 (the district where one or more of the claimants resides).

### Statement of Facts

20.     AmGUARD Insurance issued a policy of automobile liability insurance, Policy No. NCFR 902718 ("Policy") to Ben Strong Trucking, Inc. ("Ben Strong Trucking"). The Policy provides an aggregate per occurrence policy limit in the amount of One Million Dollars ($1,000,000.00).  *See specimen copy of the Policy attached hereto as Exhibit 1.*

21.     On or about June 18, 2018, a tractor trailer being operated by Ben Strong Trucking's then employee, John Oliver Terry, Jr., which was insured under the Policy, was involved in a multi-vehicle motor vehicle accident on Interstate 95 North in Harford County, Maryland ("Accident").

22.     The vehicle operated by John Oliver Terry, Jr. was a 2011 Volvo truck tractor owned by Defendant Alliance Trucking and Logistics LLC and leased to Ben Strong Trucking, and was towing a 2008 Great Dane semi-trailer owned by Defendant Bowman Sales and Equipment, Inc. filled with a load owned by Defendant Cowan Systems, LLC.

23.     The tractor trailer operated by John Oliver Terry, Jr. struck the rear of a 2010 Toyota Camry owned and operated by Defendant Carla A. Ortiz, and occupied by minor J.L.,

which then struck the rear side of a 2008 Honda Civic owned and being operated by Defendant Paul Michael Manion and was occupied by Defendant Angela Cheryl Manion and minor decedent M.M.

24.     The vehicle operated by Defendant Carla A. Ortiz then struck the rear of a 2008 Nissan Sentra owned and being operated by Defendant Cierra LaShae Rice-Wilder which then struck the rear of a tractor trailer being operated by Defendant Bruce J. Hurst and occupied by Defendant Lateesah Renee Whitley.

25.     Upon information and belief, the vehicle operated by Defendant Bruce J. Hurst was a 2019 International truck tractor owned by Defendant New Horizon Leasing, Inc., and was towing a 2008 Utility semi-trailer owned by Defendant Western Express, Inc.

26.     As a result of the Accident, minor M.M. was killed and some or all of the other Defendants sustained personal injuries and/or property damage.

27.     AmGUARD Insurance has received and/or expects to receive wrongful death, personal injury and/or property damage claims against Ben Strong Trucking, John Oliver Terry, Jr., and/or AmGUARD Insurance from Defendants as a result of the Accident.

28.     On or about October 17, 2018, Defendant Carla A. Ortiz, individually and on behalf of her minor daughter, J.L., filed a lawsuit in the United States District Court for the District of Maryland, Case No.: 1:18-cv-03230-CCB, against Ben Strong Trucking, John Oliver Terry, Jr., Alliance Trucking and Logistics, LLC, Bowman Sales and Equipment, Inc., Cowan Systems, LLC, Cowan Systems, Inc., and Cowan Systems Transportation, LLC alleging personal injury as a result of the Accident. *See copy of Complaint attached hereto as Exhibit 2.* Upon information and belief, Cowan Systems Transportation, LLC was a limited liability company

organized under the laws of the State of Maryland that filed Articles of Cancellation with the

Maryland State Department of Assessments and Taxation on July 8, 2010 and is dissolved.

29.      AmGUARD Insurance also received from Defendant Aetna a notice of

subrogation claim for medical benefits paid by Aetna on behalf of Defendant Carla A. Ortiz and

minor Defendant J.L. for injuries allegedly sustained as a result of the Accident.  Thus, Aetna

may also have a claim to a portion of the Policy.

30.      Defendant Maryland Transportation Authority has provided notice of a claim to

AmGUARD Insurance seeking reimbursement for services rendered and repairs made to the

roadway allegedly as a result of the Accident.  Thus, Maryland Transportation Authority may

also have a claim to a portion of the Policy.

31.      The Defendants are claimants or potential claimants to the insurance proceeds due

under AmGUARD Insurance Policy No. NCFR 902718 related to the Accident.  These claims

will likely exceed the $1,000,000.00 aggregate limit of the Policy.  AmGUARD is unable to

determine how the proceeds of the Policy should be divided among the Defendants.

32.      AmGUARD Insurance is ready, willing and able to pay to whomever may be

entitled the insurance proceeds due under the Policy identified above; however, in light of the

conflicting claims or potential claims thereto, AmGUARD Insurance cannot determine, without

risk of incurring double or multiple liability, which of the Defendants in Interpleader is legally

entitled to receive payment of all or part of the aforementioned policy limits, as to which

AmGUARD Insurance is a mere stakeholder with no interest in the controversy or the proceeds.

33.      AmGUARD Insurance seeks to deposit the aforementioned insurance proceeds

into the Registry of this Court to permit resolution of the competing claims to those proceeds and

to shield itself from the risk of potential multiple liability to any of the Defendants in

Interpleader.   AmGUARD Insurance will continue its duty to defend under the Policy.

34.    AmGUARD Insurance is filing with this Complaint of Interpleader, a Petition for

Permission to Deposit Funds and an Order requiring the Clerk to accept in the Registry of this

Court payment of One Million Dollars ($1,000,000.00) representing the total aggregate limit due

under the Policy identified above.

35.    AmGUARD Insurance, as a mere stakeholder, has no interest (except to recover

its attorney's fees and cost of this action), in the total amounts payable and respectfully requests

that this Court determine to whom said amounts should be paid.

36.    AmGUARD Insurance has not brought this Complaint of Interpleader at the

request of any or all of the Defendants; there is no fraud or collusion between AmGUARD

Insurance and any or all of the Defendants; and, AmGUARD Insurance brings this Complaint of

its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

**WHEREFORE**, AmGUARD Insurance Company prays:

A.    That Carla A. Ortiz, Individually, and as parent and natural guardian of the minor

Defendant J.L.; Paul Michael Manion, Individually, and as Personal

Representative of the Estate of the minor M.M.; Angela Cheryl Manion,

Individually, and as Personal Representative of the Estate of the minor M.M.;

Cierra LaShae Rice-Wilder; Bruce J. Hurst; Lateesah Renee Whitley; Bowman

Sales and Equipment, Inc.; Alliance Trucking and Logistics LLC; Western

Express, Inc.; New Horizons Leasing, Inc.; Cowan Systems, LLC; Cowan

Systems, Inc.; Aetna Life Insurance Company; and Maryland Transportation

-10-

Authority each be enjoined and restrained from further prosecuting or instituting any claim or action against Ben Strong Trucking, Inc., John Oliver Terry, Jr., and/or AmGUARD Insurance Company in any state or federal court or any other forum on account of any claim arising from the June 18, 2018 motor vehicle accident referenced herein;

B.    That the minor Defendant J.L. be enjoined and restrained from further prosecuting or instituting any claim (either by virtue of reaching the age of majority, or through a guardian or fiduciary other than those individuals enumerated in Paragraph A) against Ben Strong Trucking, Inc., John Oliver Terry, Jr., and/or AmGUARD Insurance Company in any state or federal court or any other forum on account of any claim arising from the June 18, 2018 motor vehicle accident referenced herein while this action is pending;

C.    That Carla A. Ortiz, Individually, and as parent and natural guardian of the minor Defendant J.L.; Paul Michael Manion, Individually, and as Personal Representative of the Estate of the minor M.M.; Angela Cheryl Manion, Individually, and as Personal Representative of the Estate of the minor M.M.; Cierra LaShae Rice-Wilder; Bruce J. Hurst; Lateesah Renee Whitley; Bowman Sales and Equipment, Inc.; Alliance Trucking and Logistics LLC; Western Express, Inc.; New Horizons Leasing, Inc.; Cowan Systems, LLC; Cowan Systems, Inc.; Aetna Life Insurance Company; and Maryland Transportation Authority each be required to interplead and settle among themselves their rights

to insurance proceeds due under AmGUARD Insurance Policy No. NCFR 902718 related to the June 18, 2018 motor vehicle accident;

D.    That AmGUARD Insurance Company be completely released and discharged from its duty to indemnify Ben Strong Trucking under Policy No. NCFR 902718 related to the June 18, 2018 motor vehicle accident by virtue of its deposit into the Registry of this Court of One Million Dollars ($1,000,000.00) representing the total aggregate limit due under the Policy pending an order of this Court as to which of the Defendants in Interpleader are entitled to receive which portion of those proceeds.

E.    That upon a final hearing or termination of this Interpleader action, Carla A. Ortiz, Individually, and as parent and natural guardian of the minor Defendant J.L.; Paul Michael Manion, Individually, and as Personal Representative of the Estate of the minor M.M.; Angela Cheryl Manion, Individually, and as Personal Representative of the Estate of the minor M.M.; Cierra LaShae Rice-Wilder; Bruce J. Hurst; Lateesah Renee Whitley; Bowman Sales and Equipment, Inc.; Alliance Trucking and Logistics LLC; Western Express, Inc.; New Horizons Leasing, Inc.; Cowan Systems, LLC; Cowan Systems, Inc.; Aetna Life Insurance Company; and Maryland Transportation Authority, their agents, attorneys, representatives and all other persons claiming by or through any of them, be enjoined and restrained from instituting or further prosecuting any action against Ben Strong Trucking, Inc., John Oliver Terry, Jr., and/or AmGUARD Insurance Company in any state or federal court or any other forum for insurance proceeds

due under AmGUARD Insurance Policy No. NCFR 902718 related to the June 18, 2018 motor vehicle accident;

F.     That this Court order the Clerk to accept AmGUARD Insurance's deposit into the Court's Registry One Million Dollars ($1,000,000.00) representing the total aggregate limit due under the Policy in the form of check number 1829. dated December 13, 2018, made payable to the Clerk of the United States District Court for the District of Maryland, and that such sum be deposited in an interest-bearing account and credited to the above-captioned cause, said sum to be held subject to further Order of this Court;

G.     That AmGUARD Insurance Company recover its reasonable attorney's fees and costs in bringing this action; and

H.     That AmGUARD Insurance Company be awarded any other and further relief that this Court deems just and proper.

Respectfully submitted,

By: _____

Stephen S. McCloskey, Bar No.: 04640
Jeaneen J. Johnson, Bar No.: 27119
Richard J. Medoff, Bar No.: 19608
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040
(410) 539-5223 (fax)
smccloskey@semmes.com
jejohnson@semmes.com
rmedoff@semmes.com

*Attorneys for Plaintiff,*
*AmGUARD Insurance Company*

B2099410.DOCX

-13-