IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMGUARD INSURANCE COMPANY    :
:
:
v.    :    Civil No. CCB-18-3885
:
:
CARLA A. ORTIZ, *et al.*    :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

The defendants' partial motion for dismissal (ECF No. 37) is **DENIED** without prejudice.

_6/4/19_
Date

_CCB_
Catherine C. Blake
United States District Judge