IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AMGUARD INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * |
| | *   Civil Action No. 18-3885-CCB |
| CARLA A. ORTIZ, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## L I N E

Clerk:

Plaintiff, AmGUARD Insurance Company, filed a Motion for Permission to Deposit Funds into Registry of the Court which was granted by this Honorable Court on or about June 4, 2019. Attached please find a copy of the Order and the check in the amount of One Million Dollars and Zero Cents ($1,000,000.00) (Check No.: 1829) to be hand-delivered to this Court and deposited in an interest-bearing account in a federally insured bank in the above-referenced case.

Respectfully submitted,

/s/  Jeaneen J. Johnson
Jeaneen J. Johnson
jejohnson@semmes.com
Federal Bar No.: 27119
Semmes, Bowen & Semmes
25 South Charles Street
Suite 1400
Baltimore, Maryland 21201
(410) 539-5040 (Phone)
(410) 539-5223 (Fax)

***Attorneys for Plaintiff***
***AmGUARD Insurance Company***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of June, 2019, a copy of Plaintiff's Line was served via e-filing and/or first-class mail, postage prepaid on:

Matthew A. Nace, Esq.
Paulson & Nace, PLLC
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
*Counsel for Carla A. Ortiz*

Paul D. Bekman, Esq.
Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Ste. 450
Baltimore, MD 21201
*Counsel for Manion Defendants*

Ronald W. Parker, Esq.
Karmen M. Slezak, Esq.
Parker, Pallett & Slezak, LLC
11450 Pulaski Highway
White Marsh, MD 21162
*Counsel for Cierra Lashae Rice-Wilder*

John Robert Fischel, Esq.
Brady, Fischel & Daily, LLC
721 Melvin Avenue
Annapolis, MD 21401
*Counsel for Aetna Life Insurance Company*

Michael Scott Friedman, Esq.
Office of the Attorney General of Maryland
Department of Budget and Management
300 W. Preston Street, Room 407
Baltimore, MD 21201
*Counsel for Maryland Transportation Authority*

Monique L. Lee, Esq.
CHASENBOSCOLO
7852 Walker Drive
Suite 300
Greenbelt, MD 20770
*Counsel for Lateesah Renee Whitley*

John D. McGavin, Esq.
Bancroft, McGavin, Horvath & Judkins, P.C.
9990 Fairfax Blvd.
Suite 400
Fairfax, VA 22030
*Counsel for Cowan Systems, LLC*

Andrew T. Stephenson, Esq.
Stephen J. Marshall, Esq.
Franklin & Prokopik PC
The B & O Bldg.
Two N. Charles Street, Suite 600
Baltimore, MD 21201
*Counsel for Cowan Systems, Inc.*

Bruce J. Hurst
1001 N. Black Horse Pike, Apt. 82
Runnemede, NJ 08078

Bowman Sales and Equipment Inc.
c/o **Resident Agent:** Todd A. Bowman
10233 Governor Lane Blvd.
Williamsport, MD 21795

Alliance Trucking and Logistics LLC
c/o **Resident Agent: Winston Cook**
**10175 Hemlock Way**
**Jonesboro, GA 30238**

Alliance Trucking and Logistics LLC
c/o **Resident Agent: Winston Cook**
**385 Sawgrass View**
**Fairburn, GA  30213**

Western Express, Inc.
c/o **Resident Agent:** Roland Lowell
7135 Centennial Place
Nashville, TN 37209

New Horizons Leasing Inc.
c/o **Resident Agent:** Roland Lowell
7135 Centennial Place
Nashville, TN 37209

*/s/ Jeaneen J. Johnson*
Jeaneen J. Johnson, Bar No.: 27119

B2164427.DOCX

Case 1:18-cv-03885-CCB   Document 91   Filed 06/05/19   Page 5 of 6
Case 1:18-cv-03885-CCB   Document 90   Filed 06/05/19   Page 1 of 1
Case 1:18-cv-03885-CCB   Document 2-2   Filed 12/14/18   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AMGUARD INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * Civil Action No. CCB-18-3885 |
| CARLA A. ORTIZ, et al. | * |
| Defendants | * |

## ORDER

UPON CONSIDERATION OF the Motion for Permission to Deposit Funds Into Registry of the Court filed by AmGUARD Insurance Company, Plaintiff in Interpleader, it is this 4th day of June, 2019,

ORDERED that the Clerk of this Court is hereby directed to accept from AmGUARD Insurance Company, the total sum of one million dollars ($1,000,000.00) in the form of check number 1829, dated December 13, 2018; and it is hereby

FURTHER ORDERED that the Clerk of this Court is directed to deposit all funds received from AmGUARD Insurance Company pursuant to this ORDER into the Registry of this Court to be deposited in an interest-bearing account in a federally insured bank and held until this Court orders further.

_____
JUDGE, United States District Court for the
District of Maryland

| | | | 1829 |
|---|---|---|---|
| **RIS RISK MANAGEMENT SERVICES, LLC**<br>ON BEHALF OF GUARD COMPANY CLAIMS<br>P.O. BOX 500698<br>ATLANTA, GA 31150 | | THE BRAND BANKING COMPANY<br>LAWRENCEVILLE, GA.<br>MEMBER FEDERAL RESERVE SYSTEM<br>64-327/611 | December 13, 2018 |

PAY TO THE ORDER OF   Clerk of the United States District Court for the District of Maryland    $ 1,000,000.00

ONE MILLION DOLLARS                                                                              DOLLARS

Clerk of the United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

*William J Hobbs*
AUTHORIZED SIGNATURE

⑈0018 29⑈ ⑆061103276⑆ 86 08 814⑈